UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADINA NICOLETA PAULIUC, et al.,<br><br>Plaintiff(s),<br>v.<br><br>CONNIE NOLAN, et al.,<br><br>Defendant(s). | CASE NO. C25-0068-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

The parties filed a stipulated motion to hold this case in abeyance, as this case may resolve without further judicial intervention with additional time. Dkt. No. 5. The Court GRANTS the parties' motion (Dkt. No. 5) and ORDERS that this case be held in abeyance until April 16, 2025. As they agreed to do, the parties shall submit a status update no later than April 16, 2025.

Dated this 12th day of March, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE - 1