District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADINA NICOLETA PAULIUC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CONNIE NOLAN, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00068-KKE <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until June 16, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-918s, Form I-918As, and Form I-765s. This case is currently stayed through April 16, 2025. Dkt. No. 6, Order. The parties continue to work towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until June 16, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS is actively working on processing the applications at issue here. Plaintiffs have been scheduled for a biometrics appointment on April 14, 2025. USCIS anticipates that further processing will be required after this appointment. Once completed, the parties agree that this case will be moot. Accordingly, the parties request that the Court hold the case in abeyance until June 16, 2025. The parties will submit a status update on or before June 16, 2025.

DATED this 9th day of April, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GLOBAL LAW ADVOCATES, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (206) 553-7970<br>Fax:    (206) 553-4067<br>Email:  michelle.lambert@usdoj.gov | *s/ Inna Scott*<br>INNA SCOTT, WSBA #46864<br>Global Law Advocates, PLLC<br>655 South Orcas Street, Ste. 210<br>Seattle, Washington 98108<br>Phone: 206-774-8758<br>Email: iscott@globallawadvocates.com<br>*Attorneys for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 275 words, in compliance with the Local Civil Rules.*

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 7. The case is held in abeyance until June 16, 2025. The Court ORDERS the parties to submit a status update on or before June 16, 2025.

DATED this 10th day of April, 2025.

Kymberly K. Evanson
United States District Judge