District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADINA NICOLETA PAULIUC, *et al.*, | Case No. 2:25-cv-00068-KKE |
| Plaintiffs, | STIPULATED MOTION TO DISMISS AND ORDER |
| v. | |
| CONNIE NOLAN, *et al.*, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-918s, Form I-918As, and Form I-765s. USCIS has adjudicated the applications, and this case is now moot.

//
//
//
//
//

DATED this 23rd day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | GLOBAL LAW ADVOCATES, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: 253-428-3824<br>Fax:   253-428-3826<br>Email: michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Inna Scott*<br>INNA SCOTT, WSBA #46864<br>Global Law Advocates, PLLC<br>655 South Orcas Street, Ste. 210<br>Seattle, Washington 98108<br>Phone: 206-774-8758<br>Email: iscott@globallawadvocates.com<br>*Attorneys for Plaintiff* |

*I certify that this memorandum contains 71 words, in compliance with the Local Civil Rules.*

**ORDER**

The Court GRANTS the parties' stipulated motion. Dkt. No. 9. This case is DISMISSED without prejudice, with each party to bear their own costs.

DATED this 27th day of May, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge